UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HILLS,<br><br>        Plaintiff,<br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>        Defendant. | No. CV 17-3373 MWF (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Final Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that judgment be entered dismissing this action with prejudice, except for the California law claims which are dismissed without prejudice for lack of supplemental jurisdiction.

DATED: June 28, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge