UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD HILLS, | ) | No. CV 17-3373 MWF (FFM) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| WELLS FARGO BANK, N.A., et al., | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Plaintiff take nothing by his Complaint and that the Complaint is dismissed with prejudice, except for the California law claims which are dismissed without prejudice.

DATED: June 28, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge